# CASE ANNOUNCEMENTS

*October 15, 2010*

[Cite as *10/15/2010 Case Announcements*, 2010-Ohio-4993.]

## MOTION AND PROCEDURAL RULINGS

2010–0346.   **In re Howard.**
Franklin App. No. 97AP–860. On September 24, 2004, this court found Gregory T. Howard to be a vexatious litigator under S.Ct.Prac.R. 14.5(B). This court further ordered that Howard was prohibited from continuing or instituting legal proceedings in this court without first obtaining leave. On October 8, 2010, Howard submitted an application for leave to file a return to the vexatious litigator order instanter. Upon review of the application for leave,

It is ordered by the court that Gregory T. Howard's October 8, 2010 application for leave is denied.

# CASE ANNOUNCEMENTS

*October 18, 2010*

[Cite as *10/18/2010 Case Announcements*, 2010-Ohio-5051.]

## RECONSIDERATION OF PRIOR DECISIONS

2010–1569.   **State ex rel. Scheck v. Collier.**
Medina App. No. 09CA0081–M. Reported at 126 Ohio St.3d 1575, 2010-Ohio-4578, 934 N.E.2d 350. On motion for reconsideration. Motion granted and appeal reinstated.

# CASE ANNOUNCEMENTS

*October 19, 2010*

[Cite as *10/19/2010 Case Announcements*, 2010-Ohio-5069.]

## RECONSIDERATION OF PRIOR DECISIONS

2009–1580.   **State v. Hitchcock, Slip Opinion No. 2010-Ohio-4980.**
Lake App. No. 2008–L–032, 2009-Ohio-4447. Motion for reconsideration granted, and judgment of the court of appeals affirmed. See opinion.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

## MISCELLANEOUS DISMISSALS